# EXHIBIT 8



# Coronavirus FAQs

**General**

**For Students**

**For Faculty**

**For All Employees**

# Coronavirus Student FAQ

**Skip to Topics**

- Study Abroad/Travel
- CARES Act
- Housing/Move Out
- Summer 2020
- Fall 2020
- Refunds
- Miscellaneous

## Study Abroad/Travel

**1. Will the University continue to operate study abroad programs this fall?**

While Fordham has been working diligently to create a multi-faceted plan for social distancing, sanitation, testing, contact tracing and isolation protocols on each of our New York campuses, it has become increasingly clear that we cannot provide this critical level of precautionary care at each of our many study abroad locations. Therefore, in the interest of the health and safety of our students, we have

decided to extend the suspension of all study abroad options through the end of the fall 2020 semester.

All Fall 2020 study abroad students can defer their applications to the Spring 2021 semester without reapplying or paying another application fee or deposit to Fordham University. You have priority placement for a future study abroad semester. If you, however, want to withdraw your application, Fordham University will refund your application fee and the study abroad deposit you paid to Fordham.

We ask that you  complete this online form  by June 24th to let us know whether or not you would like to defer your application.

You should already be registered for classes at Fordham in NY and have a housing plan in place, but if you have any questions or need assistance with making arrangements to resume your studies at Fordham in NY, please do not hesitate to contact us at studyabroad@fordham.edu  or 718-817-3464. You can also  schedule a phone appointment with a staff member .

**2. For Fordham students currently in NYC, are there restrictions for traveling on a university-sponsored program or trip?**
To mitigate the risk of increased personal and communal viral exposure to COVID-19, the University has decided to suspend sponsored domestic and international travel for all students until further notice. The University will update its travel guidance and isolation requirements in response to changes in environmental conditions, CDC travel health notices, and New York State Department of Health recommendations.

# CARES Act


### 3. What is the CARES Act?

In response to the severe economic dislocation caused by COVID-19, the U.S. federal government passed the  Coronavirus Aid, Relief, and Economic Security (CARES) Act on March 27, 2020. The act established the Higher Education Emergency Relief Fund (HEERF), which provides emergency aid to students currently enrolled at eligible colleges and universities.

The CARES Act funds are to provide financial support for students enrolled during the spring 2020 semester for expenses related to the disruption of campus operations due to coronavirus (including eligible expenses under a student's cost of attendance such as food, housing, course materials, technology, health care, and child care).

### 4. Am I eligible to receive aid under the CARES Act?

Fordham University has signed and returned to the Department of Education the Certification and Agreement Form and is eligible to receive up to $8,147,184. Under the agreement, Fordham University intends to use no less than 50 percent of the funds received under Section 18004(a)(1) of the CARES Act to provide Emergency Financial Aid Grants to students.

- Potential eligible students: 10,067

As it relates to Emergency Financial Aid Grants, as of June 26, 2020 the University

- Will receive $4,073,592
- Has distributed to students: $2,638,608
- Total # of students receiving Emergency Financial Aid Grants: 1,775

The University has set aside funds to assist students who have expenses related to the disruption of campus operations due to COVID-19. The CARES Act identifies the following as eligible expenses: food, housing, course materials, technology, health care, and childcare.

Students should complete the Coronavirus Aid, Relief, & Economic Security Act (CARES Act): Emergency Grants to Students Application to request assistance. The request includes a detailed statement and an itemized list of eligible expenses incurred (in some cases receipts may be required later). The Office of Student Financial Services will review and respond to each request as quickly as possible.

# Housing/Move-Out

**5. When will we be able to retrieve our belongings from campus?**

We understand that you would like to be able to retrieve your personal belongings from the residence halls as soon as possible, and you would prefer to be able to pack and move your belongings yourself, and not have others do this. Be assured that your personal belongings have been safeguarded in your rooms, and the residence halls have not been in use by any outside agencies.

We have recently announced signups for a phased move-out process, after being unable to accommodate requests due to Governor's Cuomo's executive order closing all businesses and non-profit institutions. Move-out will take place starting May 18 and continue through the end of June. This process will limit the numbers that are allowed on campus each day, to protect your health and safety and that of those around you, and I encourage you to review

the details that have been shared on this process by the Offices of Residential Life on both campuses, and sign up for a date and time slot. Please wait for confirmation before finalizing plans for your return to campus.

Students with additional questions should contact Residential Life staff at resliferh@fordham.edu or reslifelc@fordham.edu .

# Summer 2020

**6. How is the Summer Session at Fordham affected?**

**Summer Session Courses:** In the interest of health and safety for all members of our community, Fordham will not be holding face-to-face courses on campus during Summer Session 1 (May - June) or Summer Session 2 (July - August) in order to comply with ongoing New York State guidelines but will be offering a broad selection of online courses instead.

Please note that for Summer 2020 only, Fordham College at Lincoln Center and Fordham College at Rose Hill students who have a GPA of 3.0 or higher may request permission to take up to three summer courses at Fordham, as long as no more than two of those courses are running in the same Summer Session.

In practice, this means that a student can register for:
2 courses in Summer Session 1 + 1 course in Summer Session 2; OR
1 course in Summer Session 1 + 2 courses in Summer Session 2; OR
1 course in Summer Session 1 + 1 course in Summer Session 2 + 1 course in Summer Session 3.

To take advantage of this opportunity, please contact your class dean.

**Summer Housing:** there will be no on-campus housing this summer.

**Summer Camps:** all summer conferences, and summer camps that require housing, will be canceled.  We have not yet made decisions on summer camps scheduled to take place later in the summer that do not require on-campus housing. We will make these decisions when we get closer to the dates and have more information.

**New Student Orientation Programming for the Summer:**  we will be conducting summer orientation sessions virtually on the dates and at the locations noted on our website.

## 7. I would like to take summer courses at another college, what do I need to know?

For Summer 2020 only, undergraduate students may take all of their non-Fordham courses online provided that those courses meet the following requirements:

- Courses taken in the U.S. must be offered by accredited, 4-year, non-profit institutions.
- Courses taken outside of the U.S. must be offered by a 4-year institution and must be pre-approved by your academic advisor/ assistant dean. Please contact your academic advisor/assistant dean for guidance. If the institution is not in Fordham University's database, academic advisors/assistant deans may require transcript validation by World Education Services for equivalency.

Requests to take online lab courses outside of

Fordham will be reviewed carefully by the dean's office and the department; these requests may be denied.

All other transfer policies with regard to summer courses still stand, as explained in the Academic Bulletin. If you have any questions, please contact your class dean.

As always, all courses taken outside of Fordham during the summer by incoming and continuing students must be pre-approved for transfer credit by the appropriate class dean.

## Fall 2020

**8. Will we be able to return to campus for the Fall semester?**

We are doing everything we can to advance planning that will make this possible. Of course, the primary caveats that we must pay attention to: (1) health and safety and (2) the external circumstances and guidelines that we must operate within. In this context, we are actively planning and preparing to do all that we can to be open and on campus for the fall, with all that this entails, including the resumption of normal academic and student life schedules and routines, fall sports competition, and other activities.

While we are not yet in the position to make this decision, there are various planning groups in the Provost's area that are focusing on the academic calendar and instructional delivery, as they try to position us and you to resume your academic life in a way that will be safe and productive.  View academic planning information .

Student Affairs has organized several working groups

each of which has many assigned objectives and tasks, and their focus will include but not be limited to the following areas:

- Community Health, Well-Being and Containment: including intervention, isolation, and contact tracing
- Residential Life, including move out and move in
- University Health Services: including supplies, testing, immunity, staffing and PPE, vaccinations
- FUEMS
- Infrastructure and Building Sanitation
- Student Engagement: including orientation, programming, commuter students, and student life;
- Dining Services
- Athletics
- Coordination with external agencies, and others

As our planning advances, this situation will continue to evolve and we will have more information, and we will then be in a better position to make and communicate related decisions. We will communicate with you as we move forward.

## Refunds

**9. Because of the disruption from COVID-19, can I receive a refund of my tuition and/or room &**

 
environment where all students can complete their coursework for the Spring 2020 semester. Since the University continues to provide instruction via virtual classrooms, tuition will not be refunded. Other select charges for the Spring 2020 semester will be

reduced as shown below.

Each student's account will be reviewed individually. Refunds will be issued for the amount the University owes the student after resolving any unpaid balance on the student's account. To ensure that you receive your refund expeditiously, please  enroll in direct deposit  if you have not done so already. It is the most efficient way for you to receive the refund.

## Spring 2020 Fee Reductions

Charges Reduced by 50%:

- Room and Board (New York campuses)
- Residence Hall Activity Fees
- General & Lab Fees
- Ensemble fees (MUSIC 1291, 1300, 1301, 1302, and 1303)

Other Charges and Arrangements

- Parking - varies by plan
- BASW/MSW Field Work - arrangements for completion will be sent by April 5
- Miscellaneous Other  Fees - not refundable

## Study Abroad Fee Reductions

|  |  |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |



| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## Miscellaneous

**10. I am a student worker on campus. Will my employment continue?**

Student workers will receive individual notification regarding employment and pay. The Federal Work Study program has ensured that students in that program will continue to be paid. The University is still determining employment of other student workers.

# Additional Questions?

- See General FAQ
- See Faculty FAQ
- See All Employees FAQ



FORDHAM UNIVERSITY
THE JESUIT UNIVERSITY OF NEW YORK

Contact Us

Maps and Directions

Nondiscrimination Policy

Privacy Policy