# EXHIBIT 10

**Aug. 21, 2020 Update** The University will resume in-person teaching and learning on Aug. 26. See the Fordham Forward plan below, for extensive resources for students, parents, faculty, and staff.  Full Details

Home / Admissions and Aid / Costs and Financing Options / Tuition and Fees / Fordham College at Lincoln Center

**Tuition and Fees**

Fordham College at Lincoln Center

# Fordham College at Lincoln Center

## 2019-2020 Academic Year

New and Continuing Students

**Full-time**: *$52,980 per year ($26,490 per term)
**Part-time**: $1,766 per credit

*Full-time assumes 12-18 credits per term. Students will incur additional tuition charges above 18 credits.

| Fees | |
|---|---|
| General Fee (per term) | $252 |
| Application Fee | $70 |
| Technology Fee (per term) | $247 |
| Course Auditing | $300 |
| Late Payment Fee (monthly) | $15 or 1.5% on outstanding balance, whichever is greater |
| Dance Course - Alivin Ailey (non-major) | $450 |
| Digital and Social Media Marketing Program Course Fee (non-credit) | $495 |
| International Students Service Fee (per term) | $60 |
| Language Skills Assessment | $20 |
| Health Insurance | Fall Term: $1,100<br>Spring Term:$1,973 |

Save Changes  Revert

---

FORDHAM UNIVERSITY
THE JESUIT UNIVERSITY OF NEW YORK

New York is my campus. Fordham is my school.™

Contact Us
Maps and Directions
Nondiscrimination Policy
Privacy Policy

    

 
**Aug. 21, 2020 Update** The University will resume in-person teaching and learning on Aug. 26. See the Fordham Forward plan below, for extensive resources for students, parents, faculty, and staff.  Full Details

Home / Admissions and Aid / Costs and Financing Options / Tuition and Fees / Fordham College at Rose Hill

# Fordham College at Rose Hill

## 2019-2020 Academic Year

### New and Continuing Students Tuition

**Full-time:** *$52,980 per year ($26,490 per term)

**Part-time:** $1,766 per credit

*Full-time assumes 12-18 credits per term. Students will incur additional per credit tuition charge about 18 credits.

| | Fees |
|---|---|
| General Fee (per term) | $267 |
| Application Fee | $70 |
| Technology Fee (per term) | $247 |
| Course Auditing | $300 |
| Late Payment Fee (monthly) | $15 or 1.5% on outstanding balance, whichever is greater |
| Dance Course - Alvin Ailey (non-major) | $450 |
| Digital and Social Media Marketing Program Course Fee (non-credit) | $495 |
| International Student Service Fee (per term) | $60 |
| Health Insurance | Fall Term:$1,100 Spring Term:$1,973 |

Save Changes    Revert



FORDHAM UNIVERSITY
THE JESUIT UNIVERSITY OF NEW YORK

New York is my campus. Fordham is my school.™

Contact Us
Maps and Directions
Nondiscrimination Policy
Privacy Policy

**Aug. 21, 2020 Update**   The University will resume in-person teaching and learning on Aug. 26. See the Fordham Forward plan below, for extensive resources for students, parents, faculty, and staff.   Full Details

Home / Admissions and Aid / Costs and Financing Options / Tuition and Fees / Graduate School of Education

Tuition and Fees

Graduate School of Education

# Graduate School of Education

## 2019-2020 Academic Year

**Tuition:** $1,442 per credit

| Fees | |
|---|---|
| General Fee (per term) | $76 |
| Technology Fee (per term) | $247 |
| Application Fee (Electronic) | $70 |
| Portfolio Fee | $300 |
| Assessment Fee | $110 |
| Course Auditing* | $1,442 per credit |
| Late Payment Fee (monthly) | $15 or 1.5% on outstanding balance, whichever is greater |
| International Service Fee (per term) | $60 |
| Doctoral Maintenance | $684 |
| Student Teaching Fee | $670 per semester |
| Internship in Counseling | $721 |
| Residency Seminar | $1,442 |
| Health Insurance** | Fall term: $1,103<br>Spring term (includes summer): $1,970 |

*Holders of doctoral degree exempt.
**Mandatory for students taking 6 credits or more.

Save Changes    Revert

FORDHAM UNIVERSITY
THE JESUIT UNIVERSITY OF NEW YORK

New York is my campus. Fordham is my school.™

Contact Us
Maps and Directions
Nondiscrimination Policy
Privacy Policy

   

# Masters of Law Cost of Attendance

### Master of Laws (LLM)
Full-time
Part-time: $1,834 per credit

| | Full-time | 24 Credits | 18 Credits | 12 Credits | 6 Credits |
|---|---|---|---|---|---|
| **Direct Expenses (billed by Fordham)** | | | | | |
| Tuition | $61,770 | $61,776 | $46,332 | $30,888 | $15,444 |
| Fees | $882 | $792 | $792 | $792 | $792 |
| Total Direct Expenses | $62,652 | $62,568 | $47,124 | $31,680 | $16,236 |
| **Indirect Expenses (other costs you may incur)** | | | | | |
| Room and Board | $20,470 | $20,470 | $20,470 | $20,470 | $20,470 |
| Books | $1,896 | $1,896 | $1,422 | $948 | $474 |
| Travel | $1,880 | $1,880 | $1,880 | $1,880 | $1,880 |
| Misc | $4,340 | $4,340 | $4,340 | $4,340 | $4,340 |
| Total Indirect Expenses | $28,586 | $28,586 | $28,112 | $27,638 | $27,164 |
| **Total** | **$91,238** | **$91,154** | **$75,236** | **$59,318** | **$43,400** |

### Master of Studies in Law (MSL)
Full-time
Part-time: $1,834 per credit

| | Full-time | 24 Credits | 18 Credits | 12 Credits | 6 Credits |
|---|---|---|---|---|---|
| **Direct Expenses (billed by Fordham)** | | | | | |
| Tuition | $55,000 | $44,016 | $33,012 | $22,008 | $11,004 |
| Fees | $882 | $792 | $792 | $792 | $792 |
| Total Direct Expenses | $55,882 | $44,808 | $33,804 | $22,800 | $11,796 |
| **Indirect Expenses (other costs you may incur)** | | | | | |
| Room and Board | $20,470 | $20,470 | $20,470 | $20,470 | $20,470 |
| Books | $1,896 | $1,896 | $1,422 | $948 | $474 |
| Travel | $1,880 | $1,880 | $1,880 | $1,880 | $1,880 |
| Misc | $4,340 | $4,340 | $4,340 | $4,340 | $4,340 |
| Total Indirect Expenses | $28,586 | $28,586 | $28,112 | $27,638 | $27,164 |
| **Total** | **$84,468** | **$73,394** | **$61,916** | **$50,438** | **$38,960** |

### Master of Studies in Law (MSL) Online
Part-time: $1,834 per credit

| | 24 Credits | 18 Credits | 12 Credits | 6 Credits |
|---|---|---|---|---|
| **Direct Expenses (billed by Fordham)** | | | | |
| Tuition | $44,016 | $33,012 | $22,008 | $11,004 |

 
**Aug. 21, 2020 Update** The University will resume in-person teaching and learning on Aug. 26. See the Fordham Forward plan below, for extensive resources for students, parents, faculty, and staff. Full Details

Home / Admissions and Aid / Costs and Financing Options / Tuition and Fees / Graduate Gabelli School of Business

Tuition and Fees

Graduate Gabelli School of Business

# Graduate Gabelli School of Business

## 2019-2020 Academic Year

### Tuition and Fees

**MS Programs**
Continuing Students : $1,571 per credit (Started prior to Fall 2017)
New Students: $1,617 per credit (Starting Fall 2017 or after)

**Executive MBA Program**
$105,875 (flat-rate for five terms)

**IBB Program**
$30,848 per year (flat-rate for two terms; 24 credits)

**Professional MBA and Pre-MBA**
Continuing Students: $1,571 per credit (Started prior to Fall 2017)
New Students: $1,617 per credit (Starting Fall 2017 or after)

**Cohort (Full-Time) MBA**
Entrants Prior to Fall 2019: $96,875 (4 payments over 2 years)
Entrants Fall 2019 and after: $100,750(4 payments over 2 years)

Save Changes    Revert


FORDHAM UNIVERSITY
THE JESUIT UNIVERSITY OF NEW YORK

New York is my campus. Fordham is my school.™

Contact Us
Maps and Directions
Nondiscrimination Policy
Privacy Policy



**Aug. 21, 2020 Update** The University will resume in-person teaching and learning on Aug. 26. See the Fordham Forward plan below, for extensive resources for students, parents, faculty, and staff. Full Details

Home / Admissions and Aid / Costs and Financing Options / Tuition and Fees / Gabelli School of Business

Tuition and Fees

Gabelli School of Business



# Gabelli School of Business

## 2019-2020 Academic Year

### Traditional Undergraduate Students

New and Continuing Students

**Full-time**: *$52,980 per year
**Part-time**: *$1,766 per credit

*Full-time assumes 12-18 credits per term. Students will incur additional tuition charges above 18 credits.

| Fees | |
|---|---|
| General Fee (per term) | Rose Hill: $267<br>Lincoln Center: $252 |
| Technology Fee (per term) | $247 |
| Application Fee | $70 |
| Wall Street Journal Subscription Fee (per term) | $16 |
| Late Payment Fee (monthly) | $15 or 1.5% on outstanding balance, whichever is greater |
| Health Insurance | Fall Term:$1,100<br>Spring Term (includes summer):$1,973 |

Save Changes    Revert

---

FORDHAM UNIVERSITY
THE JESUIT UNIVERSITY OF NEW YORK

New York is my campus. Fordham is my school.™

Contact Us
Maps and Directions
Nondiscrimination Policy
Privacy Policy

    

 
**Aug. 21, 2020 Update** The University will resume in-person teaching and learning on Aug. 26. See the Fordham Forward plan below, for extensive resources for students, parents, faculty, and staff. Full Details

Home / Admissions and Aid / Costs and Financing Options / Tuition and Fees / Graduate School of Social Service

Tuition and Fees

Graduate School of Social Service

# Graduate School of Social Service

## 2019-2020 Academic Year

**Tuition:** $949 per credit

| Fees | |
|---|---|
| General Fee (per term) | $111 |
| Technology Fee (per term) | $247 |
| Application | $60 |
| Application (Doctoral) | $75 |
| Assessment Fee | $100 |
| Continuing Education | $300 |
| Copyright of Dissertation (optional) | $55 |
| Course Auditing (MSW) | $300 |
| Course Auditing (International Courses) | $600 |
| Field Work Insurance | $30 |
| Health Insurance (mandatory for students taking 6 credits or more) | Fall Term: $1,110<br>Spring Term (includes summer): $1,973 |
| International Students Service Fee (per term) | $60 |
| Late Payment Fee (monthly) | $15 or 1.5% on outstanding balance, whichever is greater |

Save Changes    Revert

FORDHAM UNIVERSITY
THE JESUIT UNIVERSITY OF NEW YORK

New York is my campus. Fordham is my school.™

Contact Us
Maps and Directions
Nondiscrimination Policy
Privacy Policy

   





MENU  SEARCH
**Aug. 21, 2020 Update** The University will resume in-person teaching and learning on Aug. 26. See the Fordham Forward plan below, for extensive resources for students, parents, faculty, and staff. Full Details

Costs of Attendance (COA)

Law School J.D.

Home / Admissions and Aid / Costs and Financing Options / Costs of Attendance (COA) / Law School J.D. Cost of Attendance

# Law School J.D. Cost of Attendance

| J.D. Programs | | | |
|---|---|---|---|
| | J.D. Full-time | J.D. Evening | J.D. Per Credit Rate |
| **Direct Expenses (billed by Fordham)** | | | |
| Tuition | $61,770 | $46,328 | $2,233 |
| Fees | $882 | $792 | $792 |
| Total Direct Expenses | $62,652 | $47,120 | Based on Credits |
| **Indirect Expenses (other costs you may incur)** | | | |
| Room and Board | $20,470 | $20,470 | $20,470 |
| Books | $1,896 | $1,896 | $1,896 |
| Travel | $1,880 | $1,880 | $1,880 |
| Misc | $4,340 | $4,340 | $4,340 |
| Total Indirect Expenses | $28,586 | $28,586 | $28,586 |
| **Total** | **$91,238** | **$75,706** | **Based on Credits** |

| Doctor of Juridicial Science (S.J.D.) | | |
|---|---|---|
| | Year 1 | Year 2/3 |
| **Direct Expenses (billed by Fordham)** | | |
| Tuition | $3,000 | $1,500 |
| Fees | $706 | $706 |
| Total Direct Expenses | $3,706 | $2,206 |
| **Indirect Expenses (other costs you may incur)** | | |
| Room and Board | $20,470 | $20,470 |
| Books | $1,896 | $1,896 |
| Travel | $1,880 | $1,880 |
| Misc | $4,340 | $4,340 |
| Total Indirect Expenses | $28,586 | $28,586 |
| **Total** | **$32,292** | **$30,792** |

Save Changes    Revert

**Aug. 21, 2020 Update** The University will resume in-person teaching and learning on Aug. 26. See the Fordham Forward plan below, for extensive resources for students, parents, faculty, and staff. Full Details

Home / Admissions and Aid / Costs and Financing Options / Costs of Attendance (COA) / Graduate School of Religion and Religious Education Cost of Attendance

# Graduate School of Religion and Religious Education Cost of Attendance

Costs of Attendance (COA)

Graduate School of Religion and Religious Education

We have projected a Full Cost of Attendance including an average of the additional expenses Fordham students may incur during the period of attendance.

**Students are liable for Health Insurance Fees for the Fall term at $1100 and the Spring term at $1973

**Graduate School of Religion and Religious Education**
$929 per credit

|  | 24 Credits | 18 Credits | 12 Credits | 6 Credits |
|---|---|---|---|---|
| **Direct Expenses (billed by Fordham)** | | | | |
| Tuition | $22,296 | $16,722 | $11,148 | $5,574 |
| Fees | $636 | $636 | $636 | $636 |
| Total Direct Expenses | $22,932 | $17,358 | $11,784 | $6,210 |
| **Indirect Expenses (other costs you may incur)** | | | | |
| Room and Board | $14,524 | $14,524 | $14,524 | $14,524 |
| Books and Supplies | $1,080 | $810 | $540 | $270 |
| Travel | $1,040 | $1,040 | $1,040 | $1,040 |
| Misc | $7,600 | $7,600 | $7,600 | $7,600 |
| Total Indirect Expenses | $24,244 | $23,974 | $23,704 | $23,434 |
| **Total** | **$47,176** | **$41,332** | **$35,488** | **$29,644** |

Save Changes    Revert

FORDHAM UNIVERSITY
THE JESUIT UNIVERSITY OF NEW YORK

New York is my campus. Fordham is my school.™

Contact Us
Maps and Directions
Nondiscrimination Policy

# Graduate School of Religion and Religious Education

## 2019-2020 Academic Year

**Tuition**: $929 per credit

| Fees | |
|---|---|
| General Fee | $71 |
| Technology Access Fee | $247 |
| Application | N/A |
| Christian Spirituality Capstone Fee | $500 |
| Course Auditing | $929 |
| Dissertation Format Review | $350 |
| Dissertation Qualifying Paper Review | $500 |
| Health Insurance (mandatory for students taking 6 credits or more) | Fall Term: $1,100<br>Spring Term (includes summer): $1,973 |
| International Students Service Fee | $60 |
| Language or Computer Examination | $50 |
| Late Payment Fee (monthly) | $15 or 1.5% on outstanding balance, whichever is greater |
| Late Registration Fee (matriculated students only) | $100 |
| Maintenance of Matriculation | $500 |

Students are responsible for all tuition and fees at the time of each semester's billing. Tuition and fees must be paid on or before the invoice due date.

Please note that the University reserves the right to cancel registration or bar further registration, and/or delay the release any transcript or record until all financial obligations are satisfied. Delinquency of outstanding balances, including those from deferred or other payment plans, are subject to collection by the University or a designated agent. Students will be liable for any costs incurred in the collection of delinquent accounts.

## To View and Pay Your Bill

All students may find their bill online in the student portal, my.fordham.edu. Once you arrive at the portal, an e-bill with your current tuition charges and fees can be found in the sub-category: My Account. If you find any errors on your bill, or have questions about charges or fees, please contact Fordham University's Student Accounts.

Save Changes    Revert

---

### Costs and Financing Options

- Tuition and Fees
- Graduate School of Arts and Sciences
- Paying Your Bill
- Room Damage Rates
- Charge Disputes
- Rates for Undergraduates
- Gabelli School of Business
- Fordham College at Rose Hill
- Fordham College at Lincoln Center
- School of Professional and Continuing Studies
- Graduate Gabelli School of Business
- Graduate School of Arts and Sciences
- Graduate School of Education
- Graduate School of Social Service



### GRE Financial Aid

For more information about GRE institutional aid, contact the GRE Financial Aid office.

**Tel:** 718-817-4800

**Email:**
GREaid@fordham.edu

# Graduate School of Arts and Sciences

## 2019-2020 Academic Year

**Tuition:** $1,516 per credit

| Fees | |
|---|---|
| General Fee (per term) | $193 |
| Technology Fee (per term | $247 |
| Reapplication Fee (within 18 months of original application)*** | $25 |
| Application Fee (Electronic) | $70 |
| Application Fee (Electronic - received before November 15 & March 15) | $35 |
| Course Auditing* | $1,516 per credit |
| Late Payment Fee (monthly) | $15 or 1.5% on outstanding balance, whichever is greater |
| Health Insurance** | Fall term: $1,110<br>Spring term (includes summer): $1,973 |
| International Service Fee (per term) | $60 |
| Non-Credit Language Course | $1,516 |
| Life Experience Credit/Portfolio Review Program (1 credit rate) | $1,308 |

*Holders of doctoral degree exempt.

**Mandatory for students taking 6 credits or more.

***The Graduate School of Arts and Sciences is pleased to waive its application fee for the following:

- AmeriCorps Members
- Current Fordham Employees
- Current Fordham Students
- Current Serving Members or Veterans of the U.S. Armed Forces
- Fulbright Scholars
- Jesuit Volunteer Corps Members
- McNair Scholars
- Peace Corps Volunteers
- Project 1000 Scholars
- TRIO Scholars

If you have other reasons for seeking a GSAS application fee waiver, kindly direct your request in writing to the GSAS Director of Admissions at fuga@fordham.edu. Please be sure to include your first and last name as it appears on your application; application reference number; and academic program of interest.

Save Changes    Revert