UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KAREEM HASSAN, individually and on
behalf of all others similarly situated,

                Plaintiff,

     -against-

FORDHAM UNIVERSITY,

                Defendant.
-----------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __2/11/21_____ |

20-CV-3265 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Consistent with the Court's January 28, 2021 Order (ECF No. 34), Plaintiff has filed a letter motion seeking leave to file a Second Amended Complaint. (ECF No. 35.)

    On or before February 26, 2021, Defendant shall file a response to Plaintiff's motion. Plaintiff may file a reply on or before March 5, 2021.

    SO ORDERED.

Dated: New York, New York
       February 11, 2021                           */s/ Kimba M. Wood*
                                                              KIMBA M. WOOD
                                                 United States District Judge