# MODEL DISCOVERY PLAN[1]
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

KAREEM HASSAN ,

                         Plaintiff(s),
-against-

FORDHAM UNIVERSITY ,

                         Defendant(s).
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/21

20 CIV. 03265 (KMW)

**DISCOVERY PLAN**

    Pursuant to Federal Rule of Civil Procedure 26(f), during a conference on May 13, 2021 between counsel for plaintiff KAREEM HASSAN (*plaintiff's name*) and counsel for defendant FORDHAM UNIVERSITY (*defendant's name*), counsel for the parties discussed and agreed to the following discovery plan:

    (1) The parties shall exchange the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) no later than May 28, 2021 .[2]

    (2) Both plaintiff and defendant shall serve their first request for production of documents, pursuant to Federal Rule of Civil Procedure 34, no later than July 3, 2021 .

    (3) Both plaintiff and defendant shall serve their notices of deposition, pursuant to Federal Rule of Civil Procedure 30, no later than December 17, 2021 . Plaintiff anticipates deposing: (a) Rule 30(b)(6) representative ; (b) University Personnel ; and (c) Defendant's experts if any . Defendant anticipates deposing: (a) Plaintiff ; (b) Witnesses identified by Plaintiff ; and (c) Plaintiff's experts, if any .

    (4) Depositions of the parties shall commence after July 3, 2021 , at mutually convenient dates and times, without prejudice to either party conducting a non-party deposition beforehand at a mutually convenient date, time and place.

    (5) Both plaintiff and defendant shall serve subpoenas upon any third-party witnesses no

---

[1] The Court recognizes that discovery plans will vary in accordance with the needs of the parties. This Model Discovery Plan is intended only to guide the parties in developing more individualized plans.

[2] Fed. R. Civ. P. 26 provides that "[a] party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in the circumstances of the action and states the objection in the proposed discovery plan." Fed. R. Civ. P. 26(a)(1)(C).

later than  December 17, 2021  , seeking the production of documents and/or depositions.

(6) Plaintiff shall serve its expert's report upon defendants, pursuant to Federal Rule of Civil Procedure 26(a)(2), no later than  April 11, 2022 .[3] The report shall set forth a complete statement of all opinions the witness will express, the facts on which the witness relies, and the process of reasoning by which the witness's conclusions are reached, and must otherwise comply with the requirements of Federal Rule of Civil Procedure 26(a)(2)(B).

(7) Defendant shall serve its expert's rebuttal report upon plaintiff, pursuant to Federal Rule of Civil Procedure 26(a)(2), no later than  April 29, 2022 .[4]

(8) Depositions of the experts shall begin in time to be completed no later than  May 13, 2022  for plaintiff's expert and  May 31, 2022  for defendant's expert.

(9) All discovery shall be completed by  January 17, 2022 .

(10) The parties may seek to schedule additional discovery as necessary, so long as it is completed by  January 17, 2022  (*same date as appears in (9) above*).

**Signed:**

Plaintiff: KAREEM HASSAN
[Plaintiff's Name]

Philip L. Fraietta
[Attorney's Printed Name]

[Attorney's Signature]

Defendant: FORDHAM UNIVERSITY
[Defendant's Name]

Jonathan M. Kozak
[Attorney's Printed Name]

/s Jonathan M. Kozak
[Attorney's Signature]

SO ORDERED.

Dated: New York, New York
         May 18, 2021

         */s/ Kimba M. Wood*
         KIMBA M. WOOD
         United States District Judge

---

[3] "Absent a stipulation or court order, the [expert] disclosures must be made at least 90 days before the date set for trial or for the case to be ready for trial." Fed. R. Civ. P. 26(a)(2)(D).

[4] "[I]f the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), [such rebuttal shall be made] within 30 days after the other party's disclosure." Fed. R. Civ. P. 26(a)(2)(D).