UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KAREEM HASSAN, individually and on behalf
of all others similarly situated,

                                          Plaintiff,

               -against-                                   Case No. 1:20-CV-03265 (KMW)(BCM)

FORDHAM UNIVERSITY,

                                          Defendant.

-------------------------------------------------------------------x

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

           IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kareem

Hassan ("Plaintiff") and Defendant Fordham University (the "University"), through their

undersigned attorneys who state that they have been authorized to enter into this stipulation of

voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims in the instant

action against Defendant are hereby dismissed in their entirety, with prejudice and without costs

or attorneys' fees.

*Attorneys for Plaintiff*                              *Attorneys for Defendant*

   BURSOR & FISHER, P.A.                                   JACKSON LEWIS P.C.

       888 Seventh Avenue                                      44 South Broadway, 14th Floor
       New York, NY 10019                                      White Plains, NY 10601
       646-837-7142                                            914-872-8060

By: _____              By: _____
       Philip L. Fraietta, Esq.                                Jonathan M. Kozak, Esq.

Dated: 9/16, 2021                                      Dated: 9/9, 2021